UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| Derrick Wayne Holliday and<br>Melissa J. Holliday,<br><br>   Plaintiffs,<br><br> versus<br><br>MDTR Holdings, LLC and Mado<br>MacDonald,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)   C/A No. 6:12-3171-TMC<br>)<br>)   **OPINION & ORDER**<br>)<br>)<br>)<br>)<br>) |

  MDTR Holdings, LLC is hereby ordered to inform the court of the citizenship of all of its members for the purpose of determining whether the requirements of federal subject matter jurisdiction are satisfied. See 28 U.S.C. § 1332; Gen. Tech. Applications, Inc. v. Exro Ltda, 388 F.3d 114, 120 (4th Cir. 2004). MDTR Holdings, LLC is ordered to respond within ten (10) days of the date of this Order.

  **IT IS SO ORDERED.**

                s/Timothy M. Cain
                United States District Judge

Anderson, South Carolina

December 13, 2012